IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-00484-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL J. HAWKINSON,

    Defendant.
_____

**MINUTE ORDER**
_____

    By order of Judge Walker D. Miller:

    Sentencing will be held **June 8, 2007, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: March 23, 2007

    s/Jane Trexler, Secretary/Deputy Clerk